RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 3/9/07
BY DM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California Corporation; MOTOWN RECORD COMPANY, L.P., a California limited partnership; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; BMG MUSIC, a New York general partnership; and UMG RECORDINGS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>P.J. PAGE<br><br>Defendant | CIVIL ACTION NO. 5:06-CV-01219-SMH MLH<br><br>JUDGE S. Maurice Hicks<br><br>MAGISTRATE JUDGE Mark J. Hornsby |

## ORDER

Based upon the Defendant's Motion to Set Aside Entry of Default Judgment, and good cause appearing therefore: (#12)

**IT IS HEREBY ORDERED THAT** the Motion to Set Aside Entry of Default Judgment is hereby denied.

DATED: March 9, 2007        By: _____
Hon. S. Maurice Hicks
United States District Judge